No. 550. BEVINGTON *v.* UNITED STATES. February 24, 1930. Petition for writ of certiorari to the Circuit Court

of Appeals for the Eighth Circuit denied. *Mr. Thomas F. Bevington* for petitioner. *Assistant Attorney General Youngquist* and *Mr. Claude R. Branch* for the United States.